1     GOLDSMITH & HULL/Our File #:CDCS20
2     A Professional Corporation
      STEPHEN R. GOLDSMITH   (SBN 291555)
3     16933 PARTHENIA STREET
      NORTHRIDGE, CALIFORNIA 91343
4     Tele: (818) 990-6600  Fax : (818) 990-6140
      **govdept1@goldsmithcalaw.com**
5

6     ATTORNEYS FOR PLAINTIFF

7

8                **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**

9

10    UNITED STATES OF AMERICA,     )    **COURT NO.** ACV08-03998
                                    )
11         Plaintiff,           )
                                      )    **SATISFACTION OF JUDGMENT**
12    VS.                             )
                                      )
13    LARRY EWELL AKA           )
     LARRY LEE EWELL           )
14                                         )
15           Defendant.        )

16 ———————————————————

17    TO THE ABOVE-ENTITLED COURT:

18        Satisfaction is hereby acknowledged of said judgment, entered on October 6, 2008, in favor of

19    the United States of America, and against LARRY EWELL AKA LARRY LEE EWELL and the Clerk

20    is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

21

22    DATED: July 31, 2019                 GOLDSMITH & HULL, P.C.

23

24                                  _____/S/_____
                                 Stephen R. Goldsmith
25                                  ATTORNEY FOR PLAINTIFF

26    :P599A

27

28

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

LARRY EWELL AKA
LARRY LEE EWELL, et al.
*****************
REXFORD MT *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   July 31, 2019 at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

_____
/S/
Sonia Molina